# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**STEPHEN D. RAY**  **PLAINTIFF**
**ADC #553661**

v.   **CASE NO: 3:20CV00203-JM-JJV**

**STATE OF ARKANSAS,** *et al*.   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 21st day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE